UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
DIVISION

RE: _____   CASE NO: _____
                                                                                    **Chapter 13**

NOTICE OF OPPORTUNITY TO OBJECT TO
AMENDED PLAN BEFORE CONFIRMATION

     You are hereby notified that the captioned debtor(s) have filed the attached amendment to the plan pursuant to 11 U.S.C. §1323 and Rule 3019 of the Rules of Bankruptcy Procedure. Objections to confirmation of the plan as amended must be filed with the Bankruptcy Court at 35 E. Mountain St, #316 Fayetteville, Arkansas 72701 in writing within 21 days from the date of this notice, with copies to the attorney for debtor(s) and to Joyce Bradley Babin, Chapter 13 Standing Trustee.

     If objections to the plan as amended are filed, they will be set for hearing by subsequent notice. If no objections are received, the plan as amended may be confirmed without further notice or hearing.

Date:_____   _____
                                                           Attorney's Name, Address & Phone Number

CERTIFICATE OF MAILING

     I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

P.O. Box 8064                                             Special Procedures Staff
Little Rock, AR 72203-8064                      Stop 5700 - 700 W. Capitol Ave.
                                                                      Little Rock, AR 72201
Department of Finance & Administration
Legal Division                                             U.S. Attorney, Eastern District
P.O. Box 1272                                             P.O. Box 1229
Little Rock, AR 72203                                 Little Rock, AR 72203

Employment Security Division              U.S. Attorney, Western District
Legal Division                                             P.O. Box 1524
P.O. Box 2981                                             Fort Smith, AR 72902
Little Rock, AR 72203

and to all creditors whose names and address are set forth on the following page(s):

```
APAC - Arkansas
900 Ashwood Parkway
Suite 700
Atlanta, GA 30338


Arvest Bank
102 E Buchanan
Prairie Grove, AR 72753


Arvest Bank - BAPCPA
P.O. Box 11110
Fort Smith, AR 72917-9921


Arvest Prairie Grove BAPCPA
PO Box 207
Prairie Grove, AR 72753


AT&T - BAPCPA
Attn: Bankruptcy Dept
PO Box 26043
Miami, FL 33102-6043


Big Red Dirt Farm
15453 County Road 842
Fayetteville, AR 72704


Chase
Po Box 15298
Wilmington, DE 19850


CNH Capital America, LLC
PO Box 292
Racine, WI 53401


Gemb/care Credit
950 Forrer Blvd
Kettering, OH 45420


Hsbc Best Buy
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197
```

```
Hsbc/polars
90 Christiana Road
New Castle, DE 19720


Melvin Palmer
PO Box 283
West Fork, AR 72774


NWA Finance
PO Box 1346
Fayetteville, AR 72702


Rogers Group, Inc
P. O. Box 25250
Nashville, TN 37202


Sams Club
Attention:  Bankruptcy Department
Po Box 105968
Atlanta, GA 30353


Security Bankcard Ctr
Po Box 6139
Norman, OK 73070


Washington Regional
Attn: Reece Simril
1125 N. College Ave
Fayetteville, AR 72703


Washington Regional Radiology
PO Box 9178
Russellville, AR 72811


Washington Regional-BACPA
3215 North Hills Blvd
Fayetteville, AR 72703


Wells Fargo - BAPCPA
Attn: Bankrutpcy
1 Home Campus
Des Moines, IA 50328
```

```
Wingfoot
480 N 40th St
Springdale, AR 72762
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RE: _____     CASE NO: _____
                                              Chapter 13

## AMENDMENT OF CHAPTER 13 PLAN

Comes now the Debtor(s) and for their amendment to the original or amended Chapter 13 plan states:

1. **Payment to the Trustee:**
The Debtor proposes to pay $_____ per month to the Trustee.

The "base," or minimum amount to be paid into the Plan for the Debtor(s) to complete the Plan and be entitled to a discharge, shall be calculated as follows: The amount actually paid into the Plan as of the date of this amendment, which is $_____ PLUS the amount proposed by the Debtor to be paid pursuant to this amended Plan, which is $_____ per month over the remaining _____ months ($_____ X ____months = $_____) ]|˘•Á c^] Æ&¤&˘ |æc] } Ç^^Ææå^} å˘ { DÍ -Å/////////////////////{¦Æåƒ cæ¦/åæ^Á-Å $_____

2. **The Plan Length** shall remain the same unless otherwise indicated below:*
 _____ Increase plan length to _____ months.
           Decrease plan length to _____ months.

*In a case filed prior to October 17, 2005, the debtor shall pay all disposable income into the plan for a period of not less than 36 months (unless unsecured creditors are paid 100%). In a case filed after October 17, 2005, the debtor shall pay all disposable income into the plan for the applicable commitment period (unless unsecured creditors are paid 100%). In no case shall the plan length exceed 60 months.

3. **Unsecured Creditors** are to be paid a _____ dividend.
   _____         _____

4. **Modified Treatment of Existing Creditors:**
The following **changes** are to be made to each creditor as set out below:
   _____

   **Creditor Name**                    **Change in Treatment/Classification**
1) _____              _____
   _____              _____

_____  _____

G) _____  _____

H) _____  _____

I) _____  _____

5. **Addition of Secured Creditors to the Plan:**

Secured creditors who will retain their liens and be paid the value of their collateral or the amount of their debt, whichever is less, shall be paid as follows. Any amount claimed in excess of the value of the collateral will be treated as a non priority unsecured creditor.

\*\*Please indicate any debts which will extend beyond the length of the plan. Such debts <u>MUST</u> have a "monthly payment" proposed. Also, if the debt is in default, you <u>must provide separately</u> for such default.

| Creditor Name & Address | Net Payoff | Value | Unsecured Portion | Int Rate* Pd by Plan | Monthly Payment |
|---|---|---|---|---|---|
| 1) _____ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
| 2) _____ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
| 3) _____ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
| 4) _____ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |

*If this space is left blank, no interest is to be paid.

6. **Addition of Priority Creditors to the Plan:** Such as taxes or wages. The following creditors are added to the plan and shall be paid as follows:

| Creditor Name/Address | Per Month, If Any | Total Debt |
|---|---|---|
| 1) _____ | _____ | _____ |
| 2) _____ | _____ | _____ |
| 3) _____ | _____ | _____ |

7. **Addition of Unsecured Creditors to the Plan:**
The following unsecured creditors are added to the plan.  Each creditor must be classified as "PRE" or "POST" petition creditor and shall be paid as follows:

**PRE-PETITION** Unsecured creditors shall be paid a _____ dividend.

**POST-PETITION** Unsecured creditors shall be paid a _____ dividend.

<u>Creditor Name/Address</u>          <u>Classification</u>          <u>Total Debt</u>

1) _____          _____          _____

2) _____          _____          _____

3) _____          _____          _____

4) _____          _____          _____

5) _____          _____          _____

6) _____          _____          _____

7) _____          _____          _____

8. **Unsecured Creditors** shall be paid at least as much as they would receive under Chapter 7.

9. **All other provisions as set forth in the last confirmed plan remain the same**.

    See attached addendum        JACK & HOLLY MARTIN
                                                                      & ASSOCIATES, ATTORNEYS, P.A.
                                                                      2706 American
                                                                       Springdale, AR  72764
                                                                       (479) 872-5524  FAX (479) 751-6187

    Date: _____          /s/_____

                                                           Attorney for Debtor